**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7392**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALONZO N. WOOTEN, a/k/a Cut Wooten,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.    Jerome B. Friedman, District Judge.  (4:99-cr-00006-JBF)

Submitted: January 17, 2008        Decided:  January 28, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alonzo N. Wooten, Appellant Pro Se.   Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo N. Wooten appeals the district court's order denying his motion for specific performance of his plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See United States v. Wooten, No. 4:99-cv-00006-JBF (E.D. Va. Aug. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED